JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 11-1925 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Phillip Spearman, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Phillip Spearman, in the principal amount of $5,250.00 plus interest accrued to March 1, 2011, in the sum of $2,534.08; with interest accruing thereafter at the daily rate of $0.42 until entry of judgment, for a total amount of **$7,784.08**.

DATED: 6/23/2011          By: _____
                                Clerk of the Court

                                [signature]
                                Deputy Clerk
                                United States District Court